14-3997-cv
Klein v. United Parcel Service

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

# <u>SUMMARY ORDER</u>

**RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO A SUMMARY ORDER FILED ON OR AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY FEDERAL RULE OF APPELLATE PROCEDURE 32.1 AND THIS COURT'S LOCAL RULE 32.1.1. WHEN CITING A SUMMARY ORDER IN A DOCUMENT FILED WITH THIS COURT, A PARTY MUST CITE EITHER THE FEDERAL APPENDIX OR AN ELECTRONIC DATABASE (WITH THE NOTATION "SUMMARY ORDER"). A PARTY CITING TO A SUMMARY ORDER MUST SERVE A COPY OF IT ON ANY PARTY NOT REPRESENTED BY COUNSEL.**

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 25th day of August, two thousand fifteen.

Present:    GUIDO CALABRESI,
            CHESTER J. STRAUB,
            ROSEMARY S. POOLER,
                    *Circuit Judges.*

---

SHMUEL KLEIN,

                    *Plaintiff-Appellant*,

            v.                                                          14-3997-cv

RICHARD SMITH, United Parcel Service, UNITED
PARCEL SERVICE, D. SCOTT DAVIS, United Parcel
Service, GEORGE KELLINGER, United Parcel Service,
NORAMIE F. JASMIN, Individually and in her Official
Capacity as Mayor of Spring Valley, Officer JOHN
BELTEMPO, Individually and in his Official Capacity as a
Police Officer for the Village of Spring Valley Police
Department, PAUL MODICA, Individually and in his
Official Capacity as a Police Chief for the Village of Spring
Valley Police Department, Sargeant LOUIS SCORZIELLO,
Individually and in his Official Capacity as an Officer of the
Village of Spring Valley Police Department,

                    *Defendants-Appellees*.

---

**FOR PLAINTIFF-APPELLANT:**      Shmuel Klein, pro se, Spring Valley, NY.

**FOR DEFENDANT-APPELLEE:**      Brian D. Boone, Alston & Bird LLP, Charlotte, NC *for United Parcel Service.*

Appeal from an order of the United States District Court for the Southern District of New York (Ramos, *J.*).

**UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the order of the district court is **AFFIRMED**.

Shmuel Klein, pro se, appeals from the district court's denial of his motion pursuant to Federal Rule of Civil Procedure 60(b) to reopen his case following the dismissal of his complaint for failure to serve the defendants, in violation of Federal Rule of Civil Procedure 4(m). We assume the parties' familiarity with the underlying facts, procedural history of the case, and issues on appeal. We review the denial of a Rule 60(b) motion for abuse of discretion. *See Meilleur v. Strong*, 682 F.3d 56, 64 (2d Cir. 2012).

Upon review, we conclude that the district court did not exceed its allowable discretion in denying Klein's Rule 60(b) motion for the reasons stated in its well-reasoned and thorough opinion and order. We have considered all of Klein's arguments and find them to be without merit.

Accordingly, we **AFFIRM** the order of the district court.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk